# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 22, 2022

## NO.  03-21-00507-CV

**Nicolas Moyer, Appellant**

**v.**

**Homeowners' Association for Deer Creek Ranch, Inc., Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER AND TRIANA
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on August 17, 2021.  Having reviewed the record, the Court holds that Nicolas Moyer has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court.  Therefore, the Court dismisses the appeal for want of prosecution.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.